UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 16-** |
| v. | : | |
| **JENSEN MOORS,** | : | |
| | : | 18 U.S.C. § 1347 (Health Care Fraud); |
| | : | 18 U.S.C. § 2 (Aiding and Abetting and |
| **Defendant.** | : | Causing an Act to be Done); |
| | : | 18 U.S.C. § 982(a)(7), and |
| | : | 21 U.S.C. § 853(p) (Criminal Forfeiture). |

# INFORMATION

The United States Attorney informs the Court:

## COUNT ONE

At all times material to this Information:

1. The defendant JENSEN MOORS was a civilian Department of Defense employee, who was entitled to participate in the Federal Employee Health Benefit Program ("FEHBP").

2. The FEHBP was a health care benefit program as defined in Title 18, United States Code, Section 24(b) that offered health care benefits, items, and services for federal employees, retirees, and their eligible spouses and dependents. The United States Office of Personnel Management ("OPM") administered the FEHBP and contracts with a number of private insurance carriers to administer the FEHBP. The OPM-contracted insurance plans processed and paid health care claims on behalf of OPM. OPM reimbursed the contracted health insurance plans for 100% of the amount of the health care claims they paid, and 100% of their administrative expenses, plus a

1

negotiated service charge. The money to pay the health insurance plans was drawn from OPM's revolving trust fund account at the United States Treasury. The trust fund account was funded primarily by the federal government using taxpayer dollars, but approximately 27% of the fund is comprised of health insurance premiums paid by individual federal employees.

3. Under the FEHBP, U.S. government employees living overseas (among others) had the option to choose the Foreign Service Benefit Plan ("FSBP") as their health care benefit program. FSBP was a "health care benefit program" as defined in Title 18, United States Code, Section 24(b). FSBP was a member of the FEHBP and was sponsored by the American Foreign Service Protective Association ("AFSPA"), located at 1716 N Street, NW, Washington, DC 20036. FSBP, under AFSPA, was administered and underwritten, at the time of these events, by Coventry Health Care ("Coventry").

4. Generally, those enrolled in FSBP paid out-of-pocket for any health care benefits, items, or services they receive overseas, and then submitted claims for reimbursement to AFSPA, for money already paid, via facsimile, mail, or internet to the District of Columbia location. At the time of these events, AFSPA sent the claims to Coventry, which then processed the reimbursements and paid the employee directly, either with a check sent through the United States Postal Service or through electronic direct deposit to the employee's bank account.

5. Between in or about October 2007 and in or about April 2014, the defendant JENSEN MOORS submitted, to FSBP through AFSPA, approximately 66 fake invoices with 1,387 claims totaling approximately €119,541 (which translates to approximately

2

$152,000), falsely claiming that he received and paid for physical therapy services from a German physical therapist ("physical therapist"). These claims were false in that the defendant JENSEN MOORS did not receive the therapy on the dates as claimed, the amounts were in excess of the prices charged by the physical therapist, and the duration of treatment was longer and more frequent than the treatment actually provided by the physical therapist.

6. The defendant JENSEN MOORS submitted these false claims either by facsimile or the internet from his employer's work space in Germany via international wires to AFSPA in the District of Columbia.

7. As a result of these false claims, Coventry, on behalf of AFSPA paid the defendant JENSEN MOORS approximately $143,111 on 63 invoices and denied the claims on the other three invoices, having discovered that the services were not provided.

8. From in or around October 2007 through in or around April 2014, in the District of Columbia and elsewhere, the defendant JENSEN MOORS knowingly and willfully executed and attempted to execute a scheme and artifice to defraud the FEHBP through FSBP, a health care benefit program as defined in Title 18, United States Code, Section 24(b), and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, namely, false reimbursement claims, money and property owned by and under the custody and control of the FEHBP / FSBP, in connection with the delivery of and payment for health care benefits, items, and services.

**(Health Care Fraud, Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 1347 and 2).**

## **FORFEITURE ALLEGATION**

1. Upon conviction of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of this offense, pursuant to 18 U.S.C. § 982(a)(7). The United States will also seek a forfeiture money judgment against the defendant in the amount of $143,111.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third party;

   (c)   has been placed beyond the jurisdiction of the Court;

   (d)   has been substantially diminished in value; or

   (e)   has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, in violation of Title 18, United States Code, Section 982(a)(7), and Title 21, United States Code, Section 853(p).)**

CHANNING D. PHILLIPS

United States Attorney
for the District of Columbia

By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
DC Bar # 411980
Virginia.cheatham@usdoj.gov
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, N.W., Room 5836
Washington, D.C.  20530
(202) 252-7820